J. R. Myers Company, appellee, v. Thomas Cusack Company, appellant. Gen. No. 28,037.

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. La Buy, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed October 17, 1923. *Certiorari* denied by Supreme Court (making opinion final).

John S. Hummer, for appellant; Orville W. Lee and Cecil A. Brown, of counsel. E. Allen Frost, for appellee; Paul R. Borland, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Morris Kominsky, administrator, plaintiff in error, v. Morris L. Arkin, defendant in error. Gen. No. 27,812.

Suit for personal injuries followed by death. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed October 17, 1923.

Jerome J. Cermak and Alvin E. Stein, for plaintiff in error; Jacob G. Grossberg, of counsel. Charles S. Dougherty, for defendant in error; John E. Hogan, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

John A. Donahue, trading as John A. Donahue & Company, plaintiff in error, v. Wheeling Mold & Foundry Company, defendant in error. Gen. No. 27,872.

Suit for breach of contract. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed October 17, 1923.

Cameron & Matson and Harley D. Jones, for plaintiff in error. Ninde & Owen, for defendant in error; Malcolm D. Owen, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

June Hallagan, infant, by Richard Hallagan, her next friend, defendants in error, v. Jennie Myles and Joseph Hamlin, plaintiffs in error. Gen. No. 27,884.

Minor's suit for personal injuries. Verdict for plaintiffs. Error to the Circuit Court of Cook county; the Hon. Franklin J. Stransky, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed October 17, 1923. Rehearing denied November 14, 1923.

H. L. Howard, for plaintiffs in error. Kelly & Kelly, for defendants in error.

Mr. Justice O'Connor delivered the opinion of the court.